

*Attorneys and Counselors at Law*
877 N Corona Ave, Valley Stream, New York 11580
Phone: 516-734-1354 | Email: ali@salawpc.com
https://salawpc.com

July 3, 2025

<u>**VIA ELECTRONIC MAIL AND ECF**</u>
Honorable Katherine Polk Failla
Thurgood Marshall
40 Foley Square
New York, NY 10007
Failla_nysdchambers@nysd.uscourts.gov



**RE:**   *Request for adjournment of Initial pre-trial conference*
            *McNeal v. United Partners NYC LLC, et al. 25-CV-3048*

Honorable Katherine Polk Failla:

I am the attorney for the plaintiff on the above-mentioned case. The case is scheduled for an initial pre-trial conference on July 11, 2025.

After conferencing the case with counsel for defendant, Keller Williams, we are requesting an adjournment of the initial pre-trial conference. We have been unable to serve defendant, Jewel Petway, and I am in the process of filling an affidavit form my investigator to show the efforts made.

Jewel Petway is a necessary party, and we would like to resolve the service issue before we set a scheduling order.

Respectfully, we are requesting a one-month adjournment of the initial pre-trial conference date.

        Respectfully,



Sheharyar Ali, Esq.

CC: Edward J. Barbour, Esq. – Via Electronic mail
    *Attorney for Keller Williams*

```
Application GRANTED.  The initial pretrial conference previously
scheduled for July 11, 2025, is hereby ADJOURNED to August 14,
2025, at 2:00 p.m.

The Clerk of Court is directed to terminate the pending motion at
docket entry 12.

Dated:    July 7, 2025              SO ORDERED.
          New York, New York
```

*(signature: Katherine Polk Failla)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE