

*Attorneys and Counselors at Law*
877 N Corona Ave, Valley Stream, New York 11580
Phone: 516-734-1354 | Email: ali@salawpc.com
https://salawpc.com

August 13, 2025

**<u>VIA ELECTRONIC MAIL AND ECF</u>**
Honorable Katherine Polk Failla
Thurgood Marshall
40 Foley Square
New York, NY 10007
Failla_nysdchambers@nysd.uscourts.gov



**RE:**   *Request for adjournment of Initial pre-trial conference*
*McNeal v. United Partners NYC LLC, et al. 25-CV-3048*

Honorable Katherine Polk Failla:

I am the attorney for the plaintiff on the above-mentioned case. Previously, the Court granted an adjournment of the initial pre-trial conference that was scheduled for July 11, 2025. The request was made because of issues with serving one of the defendants in the case. The initial pre-trial conference was rescheduled to August 13, 2025.

Over the last two weeks, counsel for defendants and I have been unable to coordinate and prepare a joint pre-conference letter.

Respectfully, I am requesting a two-week adjournment of the initial pre-trial conference date.

Respectfully,

_____
Sheharyar Ali, Esq.

CC: Edward J. Barbour, Esq. – Via Electronic mail
*Attorney for Keller Williams*

Application GRANTED.  Given that, according to correspondence with the Court, the parties are considering consenting to proceed before a Magistrate Judge for all purposes, the Court hereby ADJOURNS the initial pretrial conference previously scheduled for August 14, 2025, to **August 28, 2025,** at **10:30 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 15.

Dated:    August 13, 2025           SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE