```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELSON MCNEAL and JEREMIAH          :
TROTMAN,                            :
                                    :
                Plaintiffs,         :
                                    :
     - against -                    :
                                    :
UNITED PARTNERS NYC LLC d/b/a       :
KELLER WILLIAMS REALTY NYC GROUP,   :
JEWEL PETWAY, and KELLER WILLIAMS   :
REALTY INTERNATIONAL                :
                                    :     25-CV-3048 (RWL)
                Defendants.         :
------------------------------------------------------------X
KELLER WILLIAMS REALTY              :
INTERNATIONAL,                      :     ORDER
                                    :
                Cross-Claimant,     :
                                    :
     - against -                    :
                                    :
JEWEL PETWAY,                       :
                                    :
                Cross-Defendant.    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties having agreed to terms of settlement, and the Court having approved and ordered an infant compromise on behalf of the minor plaintiff (Dkt. 27), it is ordered that the above-entitled action be, and hereby is, dismissed without costs (except as the parties may agree in settlement); provided, however, that if the settlement is not consummated within thirty days of this Order, either party may apply by letter within that period to restore the action to the calendar. Any application to reopen must be filed within thirty days of this Order, and any application to reopen filed thereafter may be denied solely on that basis. If the parties wish for the Court to retain jurisdiction to enforce a

1

settlement agreement, the agreement must be filed publicly, and an order of the Court must be entered to that effect within the thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). Any pending motions are moot and shall be terminated. The Clerk of Court is respectfully directed to terminate all pending motions, vacate all remaining conference dates and other deadlines, and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2025
      New York, New York

Copies transmitted this date to all counsel of record.